FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNEWICK PUBLIC HOSPITAL DISTRICT,<br><br>  Debtor and Appellant,<br><br>  v.<br><br>KEY GOVERNMENT FINANCE, INC.,<br><br>  Creditor and Appellee. | No. 4:17-cv-05197-SAB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Key Government Finance, Inc.'s Motion for Reconsideration, ECF No. 22. The motion was heard without oral argument. Key Government Finance, Inc. is represented by Bruce Leaverton and James Zack.

Key Government Finance, Inc. asks the Court to reconsider its February 22, 2018 Order Granting Kennewick Public Hospital District's Emergency Motion for Stay of Key Order Pending Appeal, ECF No. 21.

## Standard

A motion for reconsideration should only be granted if the Court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. *Sch. Dist. No. 1J v. AC&S, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration should not be granted, absent highly unusual circumstances." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.

**ORDER DENYING MOTION FOR RECONSIDERATION ~ 1**

1999). A motion for reconsideration may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation. *Id.*; *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000).

## Analysis

Here, Key Government Finance, Inc. argues the Court committed clear error by misconstruing and misapplying the reasoning provided in *In Re City of Stockton*, 478 B.R. 8 (E.D. Cal. 2012), and expanding the scope of Section 904 as to render inoperative other important bankruptcy statutes applicable in Chapter 9. Key Government Finance, Inc. is not making any additional arguments that the Court has not already considered.

Accordingly, **IT IS HEREBY ORDERED**:

1. Key Government Finance, Inc.'s Motion for Reconsideration, ECF No. 22, is **DENIED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 26th day of April 2018.



Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION FOR RECONSIDERATION ~ 2**